Opinion issued September 4, 2003













In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-03-00635-CR

____________


CHAUNCEY GNOVELL HARDY, Appellant


V.


THE STATE OF TEXAS, Appellee







On Appeal from the 176th District Court

Harris County, Texas

Trial Court Cause No. 9410617






MEMORANDUM OPINION

 We are without jurisdiction to entertain this appeal. Appellant was
sentenced in this case on May 5, 2003. No motion for new trial was filed. The
deadline for filing notice of appeal was therefore June 4, 2003, 30 days after
sentencing. See Tex. R. App. P. 26.2(a)(1). 

 Notice of appeal was filed on June 10, 2003, six days after the deadline. 
Although the notice of appeal was filed within the 15-day time period for filing a
motion for extension of time to file notice of appeal, no such motion for extension of
time was filed. See Tex. R. App. P. 26.3.

 We also note that the trial court's certification of defendant's right of appeal
states that this is a plea-bargained case and the defendant has no right of appeal. See
Tex. R. App. P. 25.2(a), (d).

 Accordingly, we dismiss the appeal for lack of jurisdiction. Slaton v. State,
981 S.W.2d 208, 209-10 (Tex. Crim. App. 1998); Olivo v. State, 918 S.W.2d 519, 522
(Tex. Crim. App. 1996); Tex. R. App. P. 25.2(d).

 All pending motions are denied as moot.

 It is so ORDERED.

PER CURIAM

Panel consists of Justices Taft, Jennings, and Hanks.

Do not publish. Tex. R. App. P. 47.2(b).